No. 09-10586. Juan Francisco DeSantiago, Petitioner v. Bill McCollum, Attorney General of Florida, et al.

562 U.S. 847, 131 S. Ct. 91, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 5911.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10598. Natalie V. Blair, Petitioner v. Jeffrey C. Blair.

562 U.S. 847, 131 S. Ct. 92, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 5808.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-10599. Clinton Black, Petitioner v. Lakeska Kelsey.

562 U.S. 847, 131 S. Ct. 92, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 5928.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

No. 09-10601. Thomas Davis, Petitioner v. Raymond Booker, Warden.

562 U.S. 847, 131 S. Ct. 92, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 6084, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 589 F.3d 302.

No. 09-10603. Troy Steinburger, Petitioner v. State Correctional Institution at Greene, et al.

562 U.S. 847, 131 S. Ct. 93, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 5819.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10604. Raymond Keith Reviere, Petitioner v. Leslie B. Fleming, et al.

562 U.S. 847, 131 S. Ct. 93, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 6034.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10606. Samuel H. Vinton, Jr., Petitioner v. United States.

562 U.S. 847, 131 S. Ct. 93, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 5909.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 199, 594 F.3d 14.